FILED 22 APR '15 11:08 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

CINDY KAY LORENZ
DAVID BRYAN LORENZ
*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE
FOR MORGAN STANLEY ABS CAPITAL
*(Enter full name of ALL defendant(s))* I. Inc. TRUST 2006-HE4 et al.

Defendant(s).

Civil Case No. 3'15 CV-680- SI
*(to be assigned by Clerk of the Court)*

**COMPLAINT**

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**    Name: CINDY KAY LORENZ, DAVID BRYAN LORENZ
mailing: Street Address: 2373 NW 185th Ave Pmb #221
City, State & Zip Code: Hillsboro, Oregon 97124
Telephone No. (503)-250-0743

**Defendant No. 1**   Name: DEutsche BANK National Trust Company
AS Trustee For morgan Stanley ABS Capital 1. Inc Trust 2006-HE4
Street Address: c/o Lane Powell PC.
City, State & Zip Code: 601 SW 2nd Ave. #1200
Telephone No.   Portland Oregon 97204
(503) 778-2100

**Defendant No. 2**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.   What is the basis for federal court jurisdiction (*check all that apply*)

☑ Federal Question          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue?

DEUTSChe BANk - False Claims Violations of Federal and State of Oregon Statues. and Securities Frauds." Pretender Lender" not real Party in Interest In Civil Case muLTo #1112-16883

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship __OREGON__

Defendant(s) state(s) of citizenship __Un-Known__

### III. STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Deutsche Bank Trust...et al. Brought Case muLTno.#1112-16883 Through Wells Fargo Bank. To Once Again foreclose on our Unique property. Wrong Party in Interest, and with The means of A Fraudulant Assignment from Decision one mortgage Company LLC, who lost Authority to do business in the State of Oregon march 2009. Assignment filed In multnomah County Land Records. Is Assignment of Deed of Trust Dated And Signed June 1st 2010. to Deutsche Bank. DEcision One Did not HAve Authority. mers Soley as nominee for Lender. Did not have Authority Broken Chain of Title and Assignments. FALSE CLAIm. See Secretary of State website Decision one mortgage Company LLC. Deutsche Bank national Trust Co... IS not Registerd to conduct Business In State. foreign Registerd Bank.

This Complaint was filed as an emergency Proceeding because of A pending Sheriff Sale on Property April 27 at 11:00 Am. Plaintffs have Exhausted all other Remidies. Before filing for This Emergency Tempory Restraining order. that is Core.

COMPLAINT    Page 3
Revised: July 20, 2010

## Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

There IS no Debt owed for a loan Against the property. there IS no mortgage. never Borrowed money from Deutsche Bank National Trust. and never Contracted with them for A Loan. Loan Paid off on Credit Report on or About 11-2007 and DEUTSChe Bank IS not A Part of Any Payment Stream for A Loan. Talked to Division of finance. Oregon. and they told me (cindy) Assignment to Deutsche Bank is fraudulant. because Signed after Oregon took Decision Ones Authority to Act in This State. Qualified written Request for Respa Sent to Deutsche Bank. will 20 Days To Respond. They Never Did. Email from Morgan Stanley. "Lindsay Brown" States Loan Was Actually Paid in 2006. No Obligation to Pay.

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Case 1112-16883 Was Brought In Bad faith By Defendant (foreclosure mill) Northwest Trustee RCC Legal. When they failed got Summary Judgments using Forged Back Dated documents. That they Did not have at the Inception of filing the Case. Deutsche Bank was Supplied new Counsel. Lane Powell P.C. To Clean up the mess In Circut Court. It is on the Record with 33 Sworn Affidavits from People At large. that Signatures on DEEd and not not Authentic. and dated Before David Lorenz even bought th house. HUD Settlement Certificate is dated 7 day after. Back Dated. Forged Documents. ARE VOID.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

COMPLAINT  
Revised: July 20, 2010

Page 4

Vacate The Improper Judgment. Attorney fees and Place Sanctions on parties Involved for false Claims and Remedy for the Lorenzes for the wrongful foreclosure action Counterclaims not less then the Amount DeutscheBank was Seeking. Which is now over 1 mil.

### IV. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

CLAIM III

Cindy and David Lorenz hired Counsel to Support A Summary Judgment with Counter Claims against Deutsche Bank. Name Gregory P. Dolinajec. Who IS also a RealEstate Broker. Entered us Into A Settlement without Proper Authority to do So. David Lorenz grantor/trustor on Deed of Trust and Statutory Warranty Deed. Did not negociate or give him permission To Act. He was not Retained to Perform a Settlement Agreement. and Did not have authority to Act or Bind Signatures to this Agreement. He Also Added Cindy Lorenz, Son and Daughter In Law on the Agreement now The Original Complaint for Deed of Trust of Foreclosure is a Stipulated. "Specific Performance" Agreement and Foreclosing on Property - Limited Judgment That does not Create Judgment Lien

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of April, 2015.

Cindy Kay Lorenz    David Bryan Lorenz
*(Signature of Plaintiff(s))*